```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MIGUEL MORENO,                                              Dkt #: 1:24-cv-01543-RWL

                Plaintiff/Petitioner,

- against –

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant/Respondent.
-------------------------------------------------------------x

## ORDER

WHEREAS the Plaintiff filed a motion requesting that the Court grant a forty-three (43) day extension of time to file the Plaintiff's Brief; It is hereby

ORDERED that the Plaintiff's motion is granted and the Plaintiff is directed to file Plaintiff's Brief by July 12, 2024, and the Defendant's brief is due September 10, 2024.

SO ORDERED

5/31/2024