**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MIGUEL M.,

                Plaintiff,                          24 **CIVIL** 1543 (GRJ)

      -v-                                     **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 23, 2024, Plaintiff's request for Judgment on the Pleadings is DENIED; the Commissioner's request for Judgment on the Pleadings is GRANTED; and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
            September 23, 2024

                                                            **DANIEL ORTIZ**
                                                     **Acting Clerk of Court**

                                **BY:**    *K. Mango*
                                                     **Deputy Clerk**